UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANK M. BAFFORD,

    Plaintiff,

vs.                      Case No.:8:09-cv-1895-T-33AEP

UNITED STATES,

    Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff, Frank M. Bafford's Motion to Proceed in Forma Pauperis (Doc. 2) and "Motion to Allow to Amend" (Doc. 5). On October 15, 2009, the Honorable Anthony E. Porcelli, United States Magistrate Judge, issued a Report and Recommendation (Doc. 8), recommending that the motion to proceed in forma pauperis be denied (which has the effect of rending the "Motion to Allow to Amend" moot) and this case be dismissed with prejudice.[1] On October

---

[1] Before issuing his Report and Recommendation, Magistrate Judge Porcelli issued an Order to Show Cause as to why this action should not be dismissed under res judicata and required Bafford to file an Affidavit of Indigency (Doc. 4). Bafford responded to the Order to Show Cause and submitted an Affidavit of Indigency (Doc. 7), which he had filed previously in another lawsuit in the Court of Federal Claims.

23, 2009, Bafford filed his Objections to the Report and Recommendation (Doc. 9).

In his Report and Recommendation, Magistrate Judge Porcelli found that Bafford filed this case in an apparent attempt to request relief from judgment under Fed. R. Civ. P. 60(b) in connection with a closed Middle District of Florida case, <u>Bafford v. Township Apartments Assoc., Ltd.</u>, Case No.: 8:06-cv-657-T-27TGW.

In the closed Bafford case, Judge Whittemore granted summary judgment for Defendant, Township Apartments Association, and entered judgment in favor of the Association. Bafford appealed, and the appeal was dismissed for lack of prosecution.

In the instant case, Bafford has argued that the Court lacked jurisdiction to render a valid judgment in the closed Bafford case. This argument was considered and rejected previously by Judge Whittemore. In addition, Judge Whittemore issued a <u>Martin-Trigona</u>[2]

---

[2] <u>Martin-Trigona v. Shaw</u>, 986 F.2d 1384, 1386-87 (11th Cir. 1993)(enjoining pro se litigant and anyone acting on his behalf from filing or attempting to initiate lawsuits in federal court based on litigant's history of vexatious litigation).

injunction based on Bafford's history of filing vexatious motions and duplicative actions.[3]

In the Report and Recommendation, Magistrate Judge Porcelli found that Bafford is again attempting to re-litigate matters previously adjudicated and determined that the case should be dismissed as frivolous. Finally, Magistrate Judge Porcelli noted that Bafford also failed to file an affidavit that included a statement of all financial assets he currently possesses. Bafford's filing of an affidavit from the Court of Federal Claims failed to satisfy the requirements of 28 U.S.C. § 1915, and ignored the Court's directive that Bafford complete the <u>attached</u> Affidavit of Indigency.

Bafford's Objections failed to respond to any of the issues raised by Magistrate Judge Porcelli in the Report and Recommendation. Instead, Bafford reiterated arguments from the Complaint about res judicata (Doc. 1).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report

---

[3] <u>See</u> Case No.: 8:08-cv-724-T-27TGW.

and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

Upon consideration of the Report and Recommendation of the Magistrate Judge, Bafford's objections thereto, and upon this Court's independent examination of the file, it is determined that the Magistrate Judge's Report and Recommendation should be adopted.

Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED:**

(1) The Report and Recommendation (Doc. 8) is **ADOPTED,**

**CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED.**

(3) The "Motion to Allow to Amend" (Doc. 5) is **DENIED as MOOT**.

(4) This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case and deny any pending motions.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>16th</u> day of November 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record